UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DAVID C. VALENZUELA,<br><br>    Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of<br>Social Security Administration,<br><br>    Defendant, | CV 13-03669-JAK (SH)<br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION<br>OF UNITED STATES MAGISTRATE<br>JUDGE |

  Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

1

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted as the Fact and Conclusions of Law herein; (2) that the decision of the Commissioner is reversed and remanded for further Proceedings, pursuant to Sentence 4 of U.S.C. §405(g).

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and on the United States Attorney.

DATED: June 5, 2014

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE