JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DAVID C. VALENZUELA, | ) CV 13-03669-JAK (SH) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the above captioned matter is reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. §405(g).

DATED: June 5, 2014

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE